# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one

611 Pennsylvania Ave, SE #310

Washington D.C. 20003

926 La Canada Verdugo Road, Altadena CA 91001

Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

Case: 1:26–cv–00682 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 2/24/2026
Description: Pro Se Gen. Civ. (F–DECK)

## UNITED STATES DISTRICT COURT

## CIVIL AND CRIMINAL DIVISIONS

## IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,** | ) Case No. _____ |
| Petitioner, Plaintiff, and Appellee, | ) <u>Lead Identical Pending Related Case:</u> |
| **vs.** | ) U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025, Superior Court , D.C., BA332095 ; BA362256, |
| | ) BC340942 , 20STCP04250, Superior Court, L.A. ; |
| | ) **PETITION FOR ANTI-STALKING** |
| **CLIFTON CISLAK,** | ) **TEMPORARY RESTRAINING (T.R.O.)  AGAINST UNDERLING OF** |
| Respondent, Defendant, and  Appellee, | ) **SATAN'S GOVERNMENT CLIFTON CISLAK  PURSUANT TO FEDERAL** |
| | ) **RULE CIVIL PROCEDURE 65 (b) (1-4)** |
| | ) **ET. SEQ. ; M. G. L. c. 265-43A;** |
| **" JUDGMENT IS COMING "** | ) **California Code Civil Procedure 527..6;** |
| **# $7,000,000,000.00** | ) **527.8 ; D.C. CODE SECTIONS 22-3131 THROUGH 22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.** |
| | ) **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| **PETITION** | |

**RECEIVED**

FEB 24 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST CLIFTON CISLAK
PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A)
ET. SEQ.  - 1

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah… paragon, with integrity, and veracity proclaim and decree as follows,

## PREFACE

" Parable- Hue-mans are ALL different shades of Hue from da pailest of da pail to da darkest of Brown , there is no should Hueman as a White, nor Black Hueman. da Hueman race is da only race in da Universe as there has been no living life form found on any other planet in da Universe , da only racist in da Universe is Satan, Lucifer da fallen Loser ! As You have to hate ALL hueman beings to be a Racist, Given da facts that Huemans are da only Race in da Universe and Satan is da only Racist in da Universe then Who In-Hell stole da ( e) out of da word Hu (e) man ? "

**RESPONDENT CLIFTON CISLAK :**

1.      On or about July 21, 2023,  Respondent Clifton Cislak criminally conspired and did assign a criminal case number in case 23-5240.

2.      On or about May 21, 2025 , Respondent Clifton Cislak criminally conspired and did not issue a criminal case number in case 25-5207.

3.      On or about February 2, 2026, Respondent Clifton Cislak criminally conspired and did not issue a criminal case number in case 26-5061.

4.      On or about October 10, 2025, Respondent Clifton Cislak, with evil , vicious , heinous , Hamas Domestic Terrorism criminal conspired with Tanya Sue Tanya specifically and Satan et. al. generally to not allow 'daredeemer' to be amended in case no. 1:25-cv-13165-IT as da sole and only Plaintiff.   Defendant Talwani, stating, " YOU HAVE TO FILE YOUR OWN CASE" which cause 'daredeemer' to fear for his safety and duress and actual cost and damages of $7,000,000,000.00.

5.      On February 2, 2026 , Respondent Cislak with evil, vicious , heinous , Hamas Domestic Terrorism criminally conspired then issued an order deeming 'daredeemer' a vexatious litigant without cause to chill 'daredeemer' from exercising his protected rights

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

in litigating his case as da sole and proper plaintiff. Respondent Talwani has engaged in an attempt of Murder , theft , and mayhem against 'daredeemer' causing 'daredeemer' to fear for his safety and could not sleep for weeks.

6.    On February 10, 2026, Respondent Talwani received 'daredeemer's Motion to Correct da Case Caption… and has again failed to adjudicate over (7) Motions received and not filed causing 'daredeemer' to fear for his life and safety.

7.    On February 10, 2026, Respondent Mob Boss Mary Ann Murphy directed her underlings David Ormon Carter, Tanya Sue Chutkan, Jill Christie Boddie, Indira Talwani, Anna Elizabeth Blackburne -rigsby  to not allow 'daredeemer' to Vacate, Set-Aside, and Strike da Pre-filing order of September 20, 2022, see, read , understand, and consider case entitled L.A. ALLIANCE HUE-MAN RIGHTS et. al. vs. City and County of Los Angeles et. al. case no 2:20-cv-02291-DOC, docket # 1152 through 1169 et. seq. and Petition For Anti-Stalking Temporary Restraining Order ( t.r.o. ) against David Ormon Carter, Anna Elizabeth Blackburne-rigsby , Jill Christie Boddie, Tanya Sue Chutkan, Indira Talwani, as Motions A, B, C, D, incorporated by this reference.   Which caused 'daredeemer' to fear for his life , remain homeless, suffer emotional stress of losing property in Altadena and Palisades, California  actual cost and damages of $7,000,000,000.00.

8.    On April 5, 2005, in case Moon vs. Cade et. al BC340945, Superior Court, Los Angeles, Defendant Mary Ann Murphy, after being served with a timely and proper C.C.P. 170.6 from both da Plaintiff and Defendant sides in da case failed to recuse herself. Respondent Murphy, Warren Cade, and Jill Christie Boddie were engaged in a triangle Homosexual illegal relationship, Then Respondent Murphy in retaliation filed a pre-filing order against 'daredeemer' to protect her lovers Cade and Boddie which stands to date !

9.    Since March 31, 2023 to present Respondent Jill Christie Boddie, a.k.a. 'Killer' , with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Mob Boss Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann Beckwith, Court of Appeal, D.C., Tanya Sue Chut Ann Murphy, Patricia Donahue, Sarah Steilberger, Tulikka Cee, Kimberly Sheree Knowles, John J. Sample , Thomas Healy,

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Dante Owens, specifically, and Satan, ROES / DOES 1-350 inclusively , generally traveled to kill, steal, and destroy 'daredeemer'.

10.    On March 31, 2023, Mob Boss Anna Blackburne-rigsby and her underlings directed da Metropolitan D.C. Police Department falsely arrest 'daredeemer' for da charges of Kidnaping, Assault , Grand Theft, Vandalism , Attempted Murder which 'daredeemer' feared for his safety , felt seriously alarmed and disturbed , and suffer emotional distress. See, read, understand, and consider attached Motion A ( ) Arrest Document  incorporated by this reference.

11.    On December 15, 2023, Defendant Corrine Ann Beckwith ( acting Chief Judge ) (202) 879-2728 recused Anna Elizabeth Blackburne-rigsby from cases 2023 CCC 0025 and all cases on Appeal ( 23-FM-0830 ; 23-CO-0863 ; 23-C0-0955; 24-C0-0495; 23-CO-0632, but filed to Vacate , Set-Aside and Strike all Defendant  Mob Boss Anna Elizabeth Blackburne-rigsby orders.  Which caused 'daredeemer' fear for his safety , seriously alarmed , disturbed and frightened and suffer emotional stress and actual damages of $7,000,000,000.00. See, read, understand, and consider attached Motion B ( ) order dated December 15, 2023) incorporated by this reference.

5.  On December 19, 2023, Respondent Murphy, Boddie , Blackburne-rigsby, Patricia Donahue , Steilberger with vicious, evil , heinous, Hamas Domestic Terrorism criminal conspired to abduct 'daredeemer' , kidnapped for Ransom to Satan's stronghold D.O.C. D.C. Jail until December 29, 2025.

6.  On April 10, 2023, Defendant Mob Boss Anna Elizabeth Blackburne-rigsby directed her underlings to destroy 'daredeemer's RESPONSE to Defendant Thomas Healy's Motion to Withdraw as Appointed Counsel then Dismissed case no .24-CM-0495 see attached Motion C (   ) pages incorporated by this reference.

5.  On September 10, 2025, Recused Defendant Mob Boss Anna Elizabeth Blackburne-rigsby issued another illegal order. Terrorist threatening that 'daredeemer' shall be arrested if he was to enter into Court of Appeal, D.C. to file documents . 'daredeemer' has filed over Twenty (20) pleading through da email: emergencyfilings@dcappeal.gov and Recused Defendant Mob Boss Anna Elizabeth has

---

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

not filed and docketed these pleading in contempt of his own illegal voidable order of September 10, 2025  see attached Motion A ( 4  ) pages incorporated by this reference.

**Orders To Be Issued:**

6.  'daredeemer' request that da court issue a Temporary Anti-Stalking Restraining order against Respondent Indira Cislak and set a hearing for a permanent Anti-Stalking Restraining .

7.  Order that Respondent Clifton Cislak , Vacate. Set-Aside , and Strike retroactively da pre-filing order dated April 1, 2028 in case Moon vs. Cade et. al. case no. BC340942. And not make any contact with Petitioner except by way of a retained Lawyer.

8. Issue stay away orders of Respondent Clifton Cislak  to stay away for Petitioner 's person at least 500 yards ; Home; Vehicle ; legal case especially cases whereby Adrian Damico Moon was, is , and to be a party to da action.

9.  Order that Respondent Mary Ann Murphy can voluntarily resign as Judicial officer in any Court of da United States of America in lieu of a scheduling of an Congressional Hearing with da United States Congress for investigation , indictment, impeachment and prosecution.

10.  'daredeemer' reserves da right to add evidence , and witnesses at da hearing for da Temporary Anti-Stalking Restraining Order Hearing .

12.  On February 10, 2026, Respondent Murphy and Defendant David Ormon Carter with vicious, evil , heinous , Hamas Domestic Terrorism criminally conspired then denied to hear 'daredeemer' s Ex parte Application to Vacate , Set-aside , and strike Defendant Carter's pre-filing order of September 20, 2022.

13.  Respondent Clifton  Cislak to undergo a full battery of Mental , Medical , Physical Health evaluations and Drug Use Testing before da hearing on da permanent Anti-Stalking Restraining Order, forthwith.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God..

DATED : February 14, 2026            by: _____

_____
KING Adrian 'daredeemer' Moon, Petitioner

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon,GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA  DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON,**

　　　Petitioner, Plaintiff, and Appellant,

　　　vs.

**TANYA SUE CHUTKAN,**

　　　Respondent, Defendant, and Appellee,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

Case No. __1:26-cv-0522-UNA__

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**
　1:25-CV-03988-TS
　26-5601, U.S. C.O.A.,D.C.
　25-co-0632, C.O.A. D.C.
　2023 CCC 0025, Superior Court, D.C.

**SUPPLEMENTAL EVIDENCE IN SUPPORT OF ANTI-STALKING TEMPORARY RESTRAINING ORDER ( T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILING FEES AND MOTION FOR CONSOLIDATION OF CASES PURUSANT TO FEDERAL RULE CIVIL PROCEDURE RULES 42 ; 18 U.S.C. 1113 ;241;242;1201(a) ET. SEQ.**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

## DECLARATION OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter , 'daredeemer ' ) Petitioner, Plaintiff, and Appellant Attorney In Pro se, Israelite, chosen one begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah… paragon, with integrity and veracity  proclaim and decree as follows,

///

SUPPLEMENT EVIDENCE IN SUPPORT OF ANTI-STALLKING TEMPORARY RESTRAINING ORDER (T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILLING FEES AND MOTION FOR CONSOLIDATION OF CASES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE RULE 42 ; 18 U.S.C. 1113241 ; 242 ; 1201(a) ET. SEQ. ( Proposed ) ORDER THEREON    -1-

Motion A (5) pages

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

1. On February 10, 2026, Respondents Chutkan, Boddie, Blackburne-Rigsby, Murphy, United States Court of Appeal, D.C.( All Judicial Officers) with evil, vicious , heinous , Hamas Domestic Terrorism ' CRIMINALLY CONSPIRED' then activated a New Civil Appeal case no. 26-5061, but not a New Criminal Appeal case no. see, read , understand and consider attached Motion A ( 16) pages ( Notice of Criminal and Civil Appeals ) incorporated by this reference.

2. On February 23, 2026, Respondents Chutkan, Boddie, Blackburne-rigsby, Wilson-Jefferson, Williams , Talwani, and Carter failed to file and docketed in case 25-CO-0632 Emergency Motion to Recall Mandates and re-hearing both Divisional to schedule a United States Congressional Hearing for investigation , indictment, impeachment, and prosecution. See read, understand and consider Motion B ( 49 ) pages ( Motion and Proposed Order ) incorporated by this reference.

3. 'daredeemer' request that Respondents, Defendants, and Appellees, pay all filings fees for all pending cases bought by  Petitioner , Plaintiff, Appellant Moon in da United States Supreme Court, United States Court of Appeal , D.C. , 9TH Circuit District Court of Appeal, Court of Appeal , D.C. United States District Court , District of Massachusetts...

4. 'daredeemer' request that all pending cases in all da above-mentioned courthouses be consolidated into this instant case at da hearing for (t.r.o) forthwith...

'daredeemer' proclaim and decree under Da penalty of sin that da foregoing is true and correct so help ME God 111 AMEN AND AMEN

Dated: February 23, 2026       By _____

KING Adrian 'daredeemer' Moon, Attorney In Pro se

SUPPLEMENT EVIDENCE IN SUPPORT OF ANTI-STALLKING TEMPORARY RESTRAINING ORDER (T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILLING FEES AND MOTION FOR CONSOLIDATION OF CASES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE RULE 42 ; 18 U.S.C. 1113241 ; 242 ; 1201(a) ET. SEQ. ( Proposed ) ORDER THEREON     -2

Motion A

(16) pages

Notice of Criminal and

Civil Appeal

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
611 Pennsylvania ave , SE, #310
Washington , D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Plaintiff In Pro Se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,**<br><br>Plaintiff,<br><br>vs.<br><br>**SATAN ET. AL.**<br>**DOES/ROES 1-350 INCLUSIVELY ,**<br><br>Defendants | Case No. ____1:25-cv-03988-TSC____<br><br>Lead Identical Related Case No.:<br>2:20-cv-02991-DOC , U.S. Cent Dist. Ct.CA<br>1:23-cv-1972-BAH , U.S. Dist. Ct, D.C.<br>1:25-cv-01451-ACR  U.S. Dist. Ct. D.C.<br>1:25-cv-03005-JMC, U.S. Dist. Ct. D.C.<br>1:25-CR-0087-TSC, U..S. Dist. Ct. D.C.<br>1:25-cv-02678-ACR, U.S.Dist. Ct. . D.C.<br>3:25-cv-04870-CRB,  U.S.North.Dist. Ct. CA<br><br>**Erroneously Assigned To Defendant Tanya Sue Chutkan, presiding**<br><br>**COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

**NOTICE OF CRIMINAL AND CIVIL DIRECT APPEAL AND MOTIONS TO DEEM APPELLANT MOON EXEMPT FOR PAYING DA FILING FILES AND MOTION TO DISQUALIFY ALL DA JUDICIAL OFFICERS OF DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA TO BE HEARD BY UNITED STATES CONGRESS AND MOTION TO ORDER LAWYERS FOR APPELLEES TO MAKE THEIR FIRST APPEARANCE BY FRIDAY JANUARY 16, 2026**

Notice is hereby given this 13th day of January 2026 that Plaintiff Adrian Damico Moon hereby appeals

to da United States Court of Appeal District of Columbia Circuit from da Judgment and Dismissal of

this court entered on da 9th day January 2026 and any subsequent orders. In favor of Defendants , Tanya

Sue Chutkan , and Crystal Love : against Plaintiff KING Adrian Damico Moon, 'daredeemer'.

Appellant Moon also request that da Court of Appeal issues orders that Appellant Moon is exempt from

**RECEIVED**

JAN 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Notice of Criminal And Civil Direct Appeal and Motions ... - 1

Motion A (19) pages

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah...

paying filings fees , Lawyer for Appellees make a First Appearance by Friday, January 16, 2026 without fail, that a hearing be set to disqualify all da judicial officers of da United States Court of Appeal, D.C. Circuit during da week of January 19, 2026 . see, read, understand and consider da attached Motions and orders incorporated by this reference.

DATED: January 13, 2026        by: _____

KING Adrian Damico Moon, 'daredeemer' Attorney for Appellant in Pro se

---

Notice of Criminal And Civil Direct Appeal and Motions ... - 2